[No. 29912-7-II. Division Two. February 10, 2004.]

COLLEEN M. MCINTYRE, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01183-4, Wm. Thomas McPhee, J., entered January 29, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 30066-4-II. Division Two. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ARRON TROY HUFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-8-01970-3, Thomas P. Larkin, J., entered February 28, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 30271-3-II. Division Two. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D. SEWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00333-8, James B. Sawyer II, J., entered April 17, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 21037-5-III. Division Three. February 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN A. SINES, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-1-00192-3, John Hotchkiss, J., entered September 21, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.